**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSE ANGEL GRAXIOLA SILERIO,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-991-KC** |
| **MARKWAYNE MULLIN et al.,** | § § § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case.  On April 17, 2026, the Court granted in part Jose Angel Graxiola Silerio's Petition for a Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision.  Apr. 17, 2026, Order 3, ECF No. 6.

Respondents now inform the Court that on April 23, 2026, Graxiola Silerio was provided with a bond hearing at which the IJ denied him bond due to flight risk.  Status Report, ECF No. 8; *see also* Ex. A ("IJ Order"), ECF No. 8-1.  Graxiola Silerio, however, states that his attorney was not provided notice of the April 23 hearing.  *See* Am. Status Report ¶¶ 3–5, ECF No. 9.  And thus, he appeared at the hearing without representation by his attorney.  *Id.* ¶ 5.

Accordingly, the Court **ORDERS** that Respondents shall, **by no later than May 5, 2026**, either (1) provide Graxiola Silerio with another bond hearing before an IJ where his attorney has the opportunity to appear on his behalf, or (2) **FILE** a brief responding to Graxiola Silerio's allegation that his attorney was not provided notice of the April 23 bond hearing.

**SO ORDERED**.

**SIGNED this 28th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE